UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Robert V. Towle

                v.                                 Case No. 12-cv-254-PB

Coos County Superior Court

O R D E R

        After due consideration of the objection filed, I herewith approve the Report
and Recommendation of Magistrate Judge Landya B. McCafferty dated August 7,
2012. " '[O]nly those issues fairly raised by the objections to the magistrate's report
are subject to review in the district court and those not preserved by such objection
are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d
554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs.,
848 F.2d 271, 275 (1st Cir.1988));  see also United States v. Valencia-Copete, 792
F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to
magistrate's report will waive the right to appeal). Additionally, finding that the
petitioner has failed to make a substantial showing of the denial of a constitutional
right, the court declines to issue a certificate of appealability.  See 28 U.S.C.§

2253(c)(2); Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254;

First Cir. LR 22.0.

     SO ORDERED.


August 15, 2012               /s/ Paul Barbadoro
                                      Paul Barbadoro
                                      United States District Judge


cc:    Robert V. Towle, Pro Se